# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | 2:15-cv-01129-JRG-RSP |
| | § | |
| v. | § | (LEAD CASE) |
| | § | |
| LEGRAND NORTH AMERICA, LLC | § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date came on for consideration Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") and Defendant Legrand North America, LLC's ("Legrand") Joint Motion to Stay All Deadlines. The Court, having considered the motion, finds that it should be granted in order to provide time for RCDI and Legrand to finalize an agreement resolving the claims between them.

It is ORDERED that all deadlines among RCDI and Legrand are stayed to and including November 12, 2015.

It is further ORDERED that if the moving parties have not filed a joint motion to dismiss by November 12, 2015, then the parties shall appear for a hearing before the Court November 13, 2015 at 9:00 a.m.

**SIGNED this 16th day of October, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE